# EXHIBIT A

**Registration #:** TX0009334430
**Service Request #:** 1-13247531891

Malloy and Malloy, P.L.
Peter Matos
2800 SW 3rd Ave
Miami, FL 33129 United States

Registration Number

**TX 9-334-430**

Effective Date of Registration:
November 28, 2023
Registration Decision Date:
November 28, 2023

## Title

Title of Work: Identifying Phrase: Program for Cryptocurrency/Bitcoin Automated Teller Machine

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: May 01, 2013
Nation of 1st Publication: United States

## Author

- Author: Genesis Coin, Inc.
  Author Created: computer program
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Genesis Coin, Inc.
1541 Sunset Drive, Suite 202, Coral Gables, FL, 33143, United States
Transfer statement: Employer/Employee Agreement

## Rights and Permissions

Organization Name: Malloy and Malloy, P.L.
Address: 2800 SW 3rd Ave
Miami, FL 33129 United States

## Certification

Name: Peter Matos

**Date:** November 28, 2023
**Applicant's Tracking Number:** 9747.60165