AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GENESIS COIN, INC.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>AML SOFTWARE, INC., S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PINEO, and SONNY MERABAN,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-20392-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AML SOFTWARE, INC.
1902 Ogden Avenue
Lisle, IL 60532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. John Eagan
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   02/01/2024

Angela E. Noble
Clerk of Court



*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GENESIS COIN, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> AML SOFTWARE, INC., S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PINEO, and SONNY MERABAN, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-20392-JEM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RYAN PINEO
1902 Ogden Avenue
Lisle, IL 60532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

W. John Eagan
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 02/01/2024

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GENESIS COIN, INC., <br><br> *Plaintiff(s)* <br> v. <br> AML SOFTWARE, INC.,S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PINEO, and SONNY MERABAN, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-20392-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   S AND P SOLUTIONS, LLC
　　　　　　　　　　　　　　　　　　d/b/a BITCOIN OF AMERICA
　　　　　　　　　　　　　　　　　　1902 Ogden Avenue, Suite 130
　　　　　　　　　　　　　　　　　　Lisle, IL 60532

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. John Eagan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Cyril Malloy, III
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Malloy & Malloy, P.L.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2800 S.W. Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33129

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:　　02/01/2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GENESIS COIN, INC.,<br><br>*Plaintiff(s)*<br>v.<br><br>AML SOFTWARE, INC., S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PINEO, and SONNY MERABAN,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-20392-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SONNY MERABAN
7701 Collins Avenue
Miami Beach, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. John Eagan
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  02/01/2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |  |
|---|---|---|
| GENESIS COIN, INC., *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:24-cv-20392-JEM |
| AML SOFTWARE, INC., S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PINEO, and SONNY MERABAN, *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SILVERLOGIC LLC
6413 Congress Avenue, Suite 130
Boca Raton, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  W. John Eagan
John Cyril Malloy, III
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/01/2024


*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court