# EXHIBIT A

**Registration #:** TX0009334430
**Service Request #:** 1-13247531891

Malloy and Malloy, P.L.
Peter Matos
2800 SW 3rd Ave
Miami, FL 33129 United States

Registration Number
**TX 9-334-430**
Effective Date of Registration:
November 28, 2023
Registration Decision Date:
November 28, 2023

## Title

**Title of Work:** Identifying Phrase: Program for Cryptocurrency/Bitcoin Automated Teller Machine

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Genesis Coin, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Genesis Coin, Inc.
1541 Sunset Drive, Suite 202, Coral Gables, FL, 33143, United States
**Transfer statement:** Employer/Employee Agreement

## Rights and Permissions

**Organization Name:** Malloy and Malloy, P.L.
**Address:** 2800 SW 3rd Ave
Miami, FL 33129 United States

## Certification

**Name:** Peter Matos

Page 1 of 2

                **Date**: November 28, 2023
**Applicant's Tracking Number**: 9747.60165