# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-CV-20392-JEM

**Plaintiff:**
**GENESIS COIN, INC.**

vs.

**Defendants:**
**AML SOFTWAR, INC., S AND P SOLUTIONS, LLC d/b/a BITCOIN OF AMERICA, SILVERLOGIC LLC, RYAN PEO, and SONNY MERABAN**

Received by Civil Process LLC on the 14th day of February, 2024 at 12:47 pm to be served on **RYAN PINEO, Caesars Palace, 3570 S. Las Vegas Blvd., Las Vegas, NV 89109.**

I, Anthony Spada, being duly sworn, depose and say that on the **15th day of February, 2024** at **1:05 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *SUMMONS IN A CIVIL ACTION and COMPLAINT* to: RYAN PINEO at the address of: **Caesars Palace, 3570 S. Las Vegas Blvd., Las Vegas, NV 89109.**

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 170, Hair: BROWN, Glasses: Y

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

_____
Anthony Spada
R-2018-06348

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 16th day of February, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Civil Process LLC
7350 N.W. 77th Street
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: BRT-2024000598



BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t